ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
WENDY L. WEISS
Assistant United States Attorney
Chief, Civil Fraud Section
DAVID K. BARRETT (Cal. Bar No. 149882)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0522
    Facsimile: (213) 894-5139
    E-mail: David.Barrett@usdoj.gov

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA ex rel. CHARLES M. STOVALL,<br><br>    Plaintiffs,<br><br>    v.<br><br>MCCROMETER, INC., DANAHER INC., AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | NO. CV 11-03192 GAF (FMOx)<br><br>SUGGESTION OF DISMISSAL OF *PRO SE* RELATOR'S *QUI TAM* CLAIMS WITHOUT PREJUDICE TO THE UNITED STATES |

The United States of America ("the United States"), the real party in interest as to Counts I-IV of the *qui tam* plaintiff ("relator") Charles M. Stovall's complaint in this action, respectfully suggests that the Court dismiss those four counts without prejudice to the United States for the following reason. After the United States declined to intervene in this action, the relator elected to proceed *pro se*. Binding precedent in the Ninth Circuit forecloses a relator from proceeding *pro se* because neither the general *pro se* provision, 28 U.S.C. § 1654, nor the False Claims Act, 31 U.S.C. § 3729 et seq., authorizes a *qui tam* relator to proceed *pro se* when acting on behalf of the United States. See Stoner v. Santa Clara Co. Office of Educ., 502 F.3d 1116, 1126-28 (9th Cir. 2007). See also United States ex rel. Mergent Services, Inc. v. Flaherty, 540 F.3d 89, 93-94 (2d Cir. 2008) (citing, inter alia, 28 U.S.C. § 1654 and Stoner, 502 F.3d at 1126-28) ("Because relators lack a personal interest in False Claims Act *qui tam* actions, we conclude that they are not entitled to proceed *pro se*. [¶] Our holding is in accord with all of the circuits [including the Ninth Circuit] that have considered the issue.").

Dated: November 17, 2011        Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
WENDY L. WEISS
Assistant United States Attorney
Chief, Civil Fraud Section

/S/ - David K. Barrett
_____
DAVID K. BARRETT
Assistant United States Attorney
Attorneys for the
United States of America

-2-

PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On November 17, 2011, I served **SUGGESTION OF DISMISSAL OF PRO *SE* RELATOR'S *QUI TAM* CLAIMS WITHOUT PREJUDICE TO THE UNITED STATES** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: November 17, 2011. Place of mailing: Los Angeles, California.

Person(s) and/or entity(ies) to whom mailed:

Charles M. Stovall                                   Pro Se Relator
601 N. Kirby St., #527
Hemet, CA 92545

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 17, 2011 at Los Angeles, California.

_____
ANGELA FIORE